**SAO**
BYRON E. THOMAS, ESQ. (NBN 8906)
E-mail: byronthomaslaw@gmail.com
LAW OFFICES OF BYRON THOMAS
3275 S. Jones Blvd, Ste 104
Las Vegas, Nevada 89146
Telephone:     702 747-3103
*Attorneys for Plaintiff*

**EIGHTH JUDICIAL DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| ALEX GILBERT, an individual; DIANE GILBERT, an individual; <br><br>                     Plaintiffs, <br> v. <br><br> INTEGRATED FINANCIAL ASSOCIATES, INC., a Nevada corporation; KEN TEMPLETON, an individual, WILLIAM DYER, an individual; ALAN R. SMITH an individual TOWN CENTER LENDER GROUP LLC, a Nevada limited liability company; INTEGRATED MANAGERS LLC, a Nevada limited liability company; WESTERN ALLIANCE BANCORPORATION dba BANK OF NEVADA, a Delaware corporation; DOES I-X; ROES XI-XX; <br><br>                     Defendants. | Case No.: 2:21-cv-02244-JCM-EJY <br><br> **REQUEST TO EXTEND DEADLINE TO FILE RESPONSE AND REPLY TO MOTION TO DISMISS OR IN THE ALTERANTIVE MOTION FOR SUMMARY JUDGMENT** <br><br> **( FIRST REQUEST)** |

The parties by and through their respective counsels have entered into this stipulation concerning the extension of certain deadlines, and the parties believe that good cause exists for the following reasons:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1282858v.1

Page 1 of 2

On February 10, 2022 Defendants filed the <u>MOTION TO DISMISS COMPLAINT OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT</u> (the "Motion") in the above referenced case. Dkt No. 12. The deadline for Plaintiffs to respond to the Motion is March 3, 2022, as Defendants alternatively seek summary judgment. Because of health, scheduling, and workload the parties have agreed to extend the deadline for Plaintiff to respond to the Motion to March 17, 2022. The parties have also agreed to extend the deadline for Defendants to file their reply to March 31, 2022. This is the parties first request.

Dated this _th day of February 2022

| CARLYON CICA CHTD. | LAW OFFICES OF BYRON THOMAS[1] |
|---|---|
| /s/ Tracy M. O'Steen_____<br>CANDACE C. CARLYON, ESQ.<br>Nevada Bar No. 2666<br>TRACY M. O'STEEN, ESQ.<br>Nevada Bar No. 10949<br>265 E. Warm Springs Road, Suite 107<br>Las Vegas, NV 89119<br>Telephone: (702) 685-4444<br>Facsimile: (702) 963-3647<br>*Attorneys for Defendants* | */s Byron E. Thomas_____*<br>BYRON E. THOMAS<br>Nevada Bar No. 8906<br>byronthomaslaw@gmail.com<br>3275 S. Jones Blvd., Ste. 104<br>Las Vegas, Nevada 89146<br>*Attorneys for Plaintiffs.* |

**IT IS SO ORDERED,**

_____

UNITED STATES DISTRICT JUDGE

**Dated** March 1, 2022 _____

1282858v.1