**SAO**
BYRON E. THOMAS, ESQ. (NBN 8906)
E-mail: byronthomaslaw@gmail.com
LAW OFFICES OF BYRON THOMAS
3275 S. Jones Blvd, Ste 104
Las Vegas, Nevada 89146
Telephone:    702 747-3103
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ALEX GILBERT, an individual; DIANE GILBERT, an individual;<br><br>　　　　Plaintiffs,<br>v.<br><br>INTEGRATED FINANCIAL ASSOCIATES, INC., a Nevada corporation; KEN TEMPLETON, an individual, WILLIAM DYER, an individual; ALAN R. SMITH an individual TOWN CENTER LENDER GROUP LLC, a Nevada limited liability company; INTEGRATED MANAGERS LLC, a Nevada limited liability company; WESTERN ALLIANCE BANCORPORATION dba BANK OF NEVADA, a Delaware corporation; DOES I-X; ROES XI-XX;<br>　　　　　　　　Defendants. | Case No.: 2:21-cv-02244-JCM-EJY<br><br>**REQUEST TO EXTEND DEADLINE TO FILE RESPONSE AND REPLY TO MOTION TO DISMISS OR IN THE ALTERANTIVE MOTION FOR SUMMARY JUDGMENT**<br><br>( **SECOND REQUEST**) |

The parties by and through their respective counsels have entered into this stipulation concerning the extension of certain deadlines, and the parties believe that good cause exists for the following reasons:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1282858v.1

On February 10, 2022 Defendants filed the <u>MOTION TO DISMISS COMPLAINT OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT</u> (the "Motion") in the above referenced case. Dkt No. 12. The parties requested an extension for Plaintiff to respond until March 17, 2022 and for the Defendants to file a reply on March 31, 2022. The Court granted the request. Because of health, scheduling, and workload the parties make this second request, and have agreed to extend the deadline for Plaintiff to respond to the Motion to March 24, 2022. The parties have also agreed to extend the deadline for Defendants to file their reply to April 7, 2022. This is the parties second request.

Dated this _th day of March 2022

**CARLYON CICA CHTD**.

_/s/ *Tracy M. O'Steen*_____
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Telephone: (702) 685-4444
Facsimile: (702) 963-3647
*Attorneys for Defendants*

**LAW OFFICES OF BYRON THOMAS**[1]

*/s Byron E. Thomas*_____
BYRON E. THOMAS
Nevada Bar No. 8906
byronthomaslaw@gmail.com
3275 S. Jones Blvd., Ste. 104
Las Vegas, Nevada 89146
*Attorneys for Plaintiffs.*

**IT IS SO ORDERED,**

_____
UNITED STATES DISTRICT JUDGE

Dated March 18, 2022