Michael B. Wixom, Esq.
Nevada Bar No. 2812
Karl L. Nielson, Esq.
Nevada Bar No. 5082
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: mbw@slwlaw.com
       kln@slwlaw.com
Attorneys for Defendant
Western Alliance Bancorporation
dba Bank of Nevada

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ALEX GILBERT, an individual; DIANE GILBERT, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>INTEGRATED FINANCIAL ASSOCIATES, INC., a Nevada corporation; KEN TEMPLETON, an individual, WILLIAM DYER, an individual; ALAN R. SMITH an individual; TOWN CENTER LENDER GROUP LLC, a Nevada limited liability company; INTEGRATED MANAGERS LLC, a Nevada limited liability company; WESTERN ALLIANCE BANCORPORATION dba BANK OF NEVADA, a Delaware corporation; DOES I-X; ROES XI-XX<br><br>Defendants. | CASE NO.  2:21-cv-02244-JCM-EJY<br><br>**REQUEST TO EXTEND DEADLINE TO FILE RESPONSE AND REPLY TO MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |

The parties by and through their respective counsels have entered into this stipulation concerning the extension of certain deadlines, and the parties believe that good cause exists for

the following reasons:

On February 24, 2022 Defendant Western Alliance Bancorporation dba Bank of Nevada ("WAB") filed its Motion to Dismiss Complaint or, in the Alternative, for Summary Judgment (the "Motion") in the above referenced case at Dkt No. 17. Plaintiffs filed their Motion to Extend Deadline to File Response to the Motion on March 17, 2022 (Dkt. No. 21) and the Court signed the order on March 18, 2022 at Dkt No. 23. The deadline for Plaintiffs to respond to the Motion is currently set for March 28, 2022. Because of health, scheduling, and workload the parties have agreed to extend the deadline for Plaintiffs to respond to the Motion to April 4, 2022. The parties have also agreed to extend the deadline for Defendant to file its reply to April 20, 2022. This is the parties' first request filed jointly.

DATED this 25th day of March, 2022.

SMITH LARSEN & WIXOM

  /s/ Karl L. Nielson
Michael B. Wixom, Esq.
Nevada Bar No. 2812
Karl L. Nielson, Esq.
Nevada Bar No. 5082
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendant
Western Alliance Bancorporation
dba Bank of Nevada

DATED this 25th day of March, 2022

LAW OFFICES OF BYRON THOMAS

/s/ *Byron E. Thomas*
Byron E. Thomas, Esq.
Nevada Bar No. 8906
3275 S. Jones Blvd., Suite 104
Las Vegas, Nevada 89146
Counsel for Plaintiffs

**IT IS SO ORDERED,**

UNITED STATES DISTRICT JUDGE

**Dated:** March 29, 2022

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of March, 2022, a true copy of the foregoing **Request to Extend Deadline to File Response and Reply to Motion to Dismiss or in the Alternative Motion for Summary Judgment (Second Request)** was filed and served electronically via the Court's electronic filing system, to the following pursuant to NEFCR 9:

>Byron E. Thomas, Esq.
>LAW OFFICES OF BYRON THOMAS
>Nevada Bar No. 8906
>3275 S. Jones Blvd., Suite 104
>Las Vegas, Nevada 89146
>Email: byronthomaslaw@gmail.com
>*Counsel for Plaintiffs*
>
>Candace C. Carlyon, Esq.
>Tracy M. O'Steen, Esq.
>CARLYON CICA CHTD.
>265 E. Warm Springs Road, Suite 107
>Las Vegas, Nevada 89119
>Email: CCarlyon@CarlyonCica.com
>         TOSteen@CarlyonCica.com
>Counsel for Integrated Financial Associates, Inc.,
>Ken Templeton, William Dyer,
>Town Center Lender Group LLC,
>and Integrated Managers LLC

  /s/ *Jana L. Rivard*
an employee of Smith Larsen & Wixom

3