UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALEX GILBERT, et al.,<br><br>                          Plaintiff(s),<br><br>         v.<br><br>INTEGRATED FINANCIAL ASSOCIATES, INC., et al.,<br><br>                          Defendant(s). | Case No. 2:21-CV-2244 JCM (EJY)<br><br>ORDER |

      Presently before the court is plaintiffs Alex and Diane Gilbert's motion for a five-day extension to file a response to defendants Integrated Financial Associates, Inc., Ken Templeton, William Dyer, Town Center Lender Group LLC, and Integrated Managers LLC's (collectively "defendants") motion to dismiss (ECF No. 12). (ECF No. 30). Defendants responded in opposition. (ECF No. 31).

      Plaintiffs seek an extension because their counsel is a solo practitioner preparing for trial in another matter and has not recovered from a recent illness as soon as anticipated. (ECF No. 30 at 4). Defendants argue that it is important for this motion to be fully briefed as soon as possible "[d]ue to the parallel proceeding in the Nevada State Court." (ECF No. 31 at 2).

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1   With good cause appearing, the motion (ECF No. 30) is GRANTED. F<span>ED</span>. R. C<span>IV</span>. P.
2   6(b)(1).  However, the court is not inclined to grant further motions to extend this response
3   deadline.  Plaintiffs have until April 5, 2022, to respond to defendants' motion to dismiss
4   (ECF No. 12).

5   IT IS SO ORDERED.

6   DATED April 4, 2022.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -