**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Telephone:    (702) 685-4444
Facsimile:    (702) 963-3647
Email: CCarlyon@CarlyonCica.com
       TOSteen@CarlyonCica.com

*Counsel for Integrated Financial Associates, Inc.,*
*Ken Templeton, William Dyer,*
*Town Center Lender Group LLC,*
*and Integrated Managers LLC*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ALEX GILBERT, an individual; DIANE GILBERT, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>INTEGRATED FINANCIAL ASSOCIATES, INC., a Nevada corporation; KEN TEMPLETON, an individual, WILLIAM DYER, an individual; ALAN R. SMITH an individual TOWN CENTER LENDER GROUP LLC, a Nevada limited liability company; INTEGRATED MANAGERS LLC, a Nevada limited liability company; WESTERN ALLIANCE BANCORPORATION dba BANK OF NEVADA, a Delaware corporation; DOES I-X; ROES XI-XX;<br><br>Defendants. | Case No.: 2:21-cv-02244-JCM-EJY<br><br><br>**STIPULATION AND ORDER TO DISMISS COMPLAINT** |

Defendants Integrated Financial Associates Inc. ("IFA"), Ken Templeton ("Templeton"), William Dyer ("Dyer"), Town Center Lending Group, LLC ("Town Center"), and Integrated Managers LLC ("IM" and together with IFA, Dyer, Templeton, and Town Center, the "IFA Defendants") by and through their counsel, the law firm of Carlyon Cica Chtd.; Alan R. Smith, appearing pro se ("Smith"); Western Alliance Bancorporation dba Bank of Nevada ("Bank"), by and through its counsel, the law firm of Smith, Larson & Wixom; and Alex Gilbert and Diane Gilbert

1

1  (collectively "Plaintiffs") by and through their counsel, the Law Offices of Byron Thomas, hereby

2  stipulate and agree as follows (the "Stipulation"):

3  **RECITALS**

4  WHEREAS, on December 24, 2021, the Plaintiffs filed their Complaint in the above-

5  captioned proceedings; and

6  WHEREAS, counsel for the parties have had discussions resulting in an agreement to dismiss

7  the Complaint, without prejudice.

8  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties that the

9  above-captioned Complaint be dismissed, without prejudice.

10  IT IS FURTHER HEREBY STIPULATED AND AGREED that, while the Parties agree that

11  this Court not award costs or fees, the Defendants reserve the right to request attorneys' fees and

12  costs, including those incurred in connection with this matter, if Plaintiffs pursue their claims in

13  another proceeding or forum.

14  **IT IS SO STIPULATED**.

15  DATED this 11th day of May 2022.

16  CARLYON CICA CHTD.                          LAW OFFICES OF BYRON THOMAS

17  By: /s/ *Candace C. Carlyon, Esq.*          By: s/ *Byron E. Thomas, Esq.*
   CANDACE C. CARLYON, ESQ.                      BYRON E. THOMAS, ESQ.
18  TRACY M. O'STEEN, ESQ.                       *Attorneys for Plaintiffs*
   *Counsel for the IFA Defendants*
19
   ALAN R. SMITH.                               SMITH LARSEN AND WIXOM
20
21  By: /s/ *Alan R, Smith, Esq.*               By: /s/ *Michael B. Wixom, Esq.*
   ALAN R. SMITH, pro se                         MICHAEL B. WIXOM, ESQ.
22                                                KARL L. NIELSON, ESQ.
                                                 *Counsel for Defendant*
23                                                *Western Alliance Bancorporation*
                                                 *dba Bank of Nevada*
24

25  **IT IS SO ORDERED.**

26

27  **UNITED STATES DISTRICT JUDGE,**

28
   Date: _____  May 16, 2022